| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bush, Ronald E. | 2. Court or Organization<br><br>United States District Court - Idaho | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse/Federal Building<br>550 W. Fort St.<br>Boise, Idaho 83724 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - JP Morgan, AMJ | A | Dividend | | | Sold | 07/13/17 | J | | |
| 3. - SPDR Dow Jones, RWR | A | Dividend | | | Sold | 03/30/17 | J | C | |
| 4. - Vanguard Info. Technology, VGT | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 5. | | | | | Sold (part) | 08/07/17 | J | C | |
| 6. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy (add'l) | 02/17/17 | K | | |
| 7. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 8. - ISHARES ETF Floating Rate Bond, FLOT | A | Dividend | K | T | Sold (part) | 06/27/17 | J | A | |
| 9. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 10. | | | | | Sold (part) | 08/07/17 | J | A | |
| 11. - SPDR Fin'l Select Shares of Beneficial Interest, XLF | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 12. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | J | T | Sold (part) | 02/17/17 | K | C | |
| 13. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 14. | | | | | Sold (part) | 09/06/17 | J | A | |
| 15. - Vanguard Corp Bond ETF, VCSH | A | Dividend | J | T | Buy (add'l) | 03/30/17 | J | | |
| 16. - ISHARES MSCI Emg. Mrkt. ETF, EEMA | A | Dividend | J | T | | | | | |
| 17. - ISHARES CORE HGH DIV ETF, HDV | A | Dividend | | | Sold | 07/13/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ISHARES US Aerospace Defense, ITA | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 19. | | | | | Sold (part) | 08/07/17 | J | B | |
| 20. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | J | T | | | | | |
| 21. - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | | | Sold | 06/27/17 | K | A | |
| 22. - SPDR GOLD SHARES ETF, GLD | | None | J | T | | | | | |
| 23. - SPDR Energy Select Sector ETF, XLE | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 24. - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 25. | | | | | Sold (part) | 12/01/17 | J | A | |
| 26. - ISHARES - Core US Agg. Bond ETF, AGG | A | Dividend | K | T | Buy | 06/27/17 | K | | |
| 27. - ISHARES IBOXX Invest, Grade Bond ETF, LQD | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 28. - ISHARES Russell 2000 ETF, IWM | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 29. - Vanguard FTST Europe ETF, VGK | A | Dividend | J | T | Buy | 03/30/17 | J | | |
| 30. | | | | | Sold (part) | 08/07/17 | J | A | |
| 31. US Bank accounts | | None | L | T | | | | | |
| 32. New York Life insurance policy (whole life) | A | Dividend | K | T | | | | | |
| 33. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 34. IBM (UGTMA held for benefit ▓▓▓▓) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of Commerce common stock | B | Dividend | J | T | | | | | |
| 36. Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 37. Charles Schwab Gov't Money Fund, SWGXX | A | Interest | K | T | | | | | |
| 38. | C | Dividend | | | | | | | |
| 39. AMC Gov't Sec. Fund (AKA Alliance Bernstein) | A | Dividend | J | T | | | | | |
| 40. JP Morgan Common Stock | A | Dividend | J | T | | | | | |
| 41. MDU Resources Common Stock | A | Dividend | J | T | | | | | |
| 42. Idaho "IDEAL" 529 college savings fund (select risk only) (H) | B | Dividend | L | T | | | | | |
| 43. - Aggressive Age-Based Option: Blended Income | A | Dividend | J | T | | | | | |
| 44. - Mod. Age-Based Option: Income Portfolio | A | Dividend | K | T | | | | | |
| 45. - Conservative Age-Based Option: Interest Portfolio | A | Dividend | J | T | | | | | |
| 46. Am. Funds VCSP college savings 529 (select risk only) (H) | | | L | T | | | | | |
| 47. - American Mutual Fund 529C | A | Dividend | J | T | | | | | |
| 48. - Growth Fund of America 529C | A | Dividend | J | T | | | | | |
| 49. - Income Fund of America 529C | A | Dividend | J | T | | | | | |
| 50. - Investment Co. of America 529C | A | Dividend | J | T | | | | | |
| 51. - Washington Mutual Investors Fund 529C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. J.A. Eggleson Farms, Inc. (family business - 1/6 ownership) | C | Dividend | N | U | | | | | |
| 53. Bank of Idaho common stock | A | Dividend | J | T | | | | | |
| 54. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 55. General Electric common stock | A | Dividend | J | T | | | | | |
| 56. Microsoft common stock | A | Dividend | K | T | | | | | |
| 57. Brokerage Account #2 ▓▓▓▓ college savings) (H) | | | | | | | | | |
| 58. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | | | | | |
| 59. - Barclay's Bond 1-3 yr credit, CSJ | A | Dividend | J | T | | | | | |
| 60. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | | | | | |
| 61. - SPDR Dow Jones, RWR | A | Dividend | J | T | | | | | |
| 62. - Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | | | | | |
| 63. Brokerage Account #3 (retirement) (H) | | | | | | | | | |
| 64. - Vanguard Info. Tech., VGT | A | Dividend | J | T | | | | | |
| 65. - SPDR Dow Jones REIT, RWR | A | Dividend | | | Sold | 03/30/17 | K | C | |
| 66. - JP Morgan Exch. Traded MLP, AMJ | A | Dividend | | | Sold (part) | 03/30/17 | J | | |
| 67. | | | | | Sold | 07/13/17 | J | | |
| 68. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Sold (part) | 02/17/17 | K | C | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/13/17 | K | | |
| 70. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | K | T | Sold (part) | 06/27/17 | K | A | |
| 71. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy (add'l) | 02/17/17 | K | | |
| 72. - Vanguard Corp. Bond ETF, VCSH | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 73. | | | | | Sold (part) | 06/27/17 | J | | |
| 74. - SPDR Fin'l Select Ben. Int., XLF | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 75. - ISHARES MSCI Emg. Mrkt. ETF IV, EEMA | A | Dividend | K | T | | | | | |
| 76. - SPDR GOLD SHARES ETF, GLD | | None | K | T | | | | | |
| 77. - ISHARES US Aerospace Defense, ITA | A | Dividend | K | T | | | | | |
| 78. - ISHARES JPMorgan US DMTS, EMB | A | Dividend | K | T | | | | | |
| 79. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | K | T | | | | | |
| 80. - POWERSHARES Variable Rate Perf., VRP | A | Dividend | | | Sold | 06/07/17 | K | B | |
| 81. - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | B | Dividend | K | T | | | | | |
| 82. - ISHARES CORE HGH DIV ETF, HDV | A | Dividend | | | Sold | 07/13/17 | K | A | |
| 83. - SPDR Energy Select Sector ETV, XLE | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 84. - ISHARES Core Dividend Growth ETF, DGRO | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 85. | | | | | Sold (part) | 12/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ISHARES Core US Agg. Bond ETF, AGG | A | Dividend | K | T | Buy | 06/27/17 | K | | |
| 87. - ISHARES IBOXX Invt. Grade Bond ETF, LQD | A | Dividend | K | T | Buy | 06/27/17 | K | | |
| 88. - ISHARES U.S. Pref. Stock ETF IV, PFF | B | Dividend | K | T | Buy | 06/07/17 | K | | |
| 89. - VANGUARD FTSE Europe ETF, VGK | A | Dividend | K | T | Buy | 03/30/17 | K | | |
| 90. Brokerage Account #4 (J.A. Eggleson Farms, Inc.) (H) | | | | | | | | | |
| 91. - SPDR Dow Jones REIT, RWR | A | Dividend | | | Sold | 03/30/17 | K | D | |
| 92. - Vanguard Info. Tech., VGT | A | Dividend | J | T | Sold (part) | 06/12/17 | J | B | |
| 93. - JP Morgan Exch. Trad. Ntalerian MLP, AMJ | A | Dividend | | | Sold (part) | 03/30/17 | J | | |
| 94. | | | | | Sold (part) | 06/12/17 | J | | |
| 95. | | | | | Sold | 07/13/17 | J | | |
| 96. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy (add'l) | 02/17/17 | K | | |
| 97. | | | | | Sold (part) | 06/12/17 | K | B | |
| 98. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | K | T | Sold (part) | 06/12/17 | K | A | |
| 99. | | | | | Sold (part) | 06/27/17 | K | A | |
| 100. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | J | T | Sold (part) | 02/17/17 | K | C | |
| 101. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 102. - Vanguard Corp Bond ETF Short Term Corp., VCSH | A | Dividend | J | T | Sold (part) | 06/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 06/27/17 | J | | |
| 104. - ISHARES MSCI Emg. Mrkt., EEMA | A | Dividend | J | T | Sold (part) | 06/12/17 | J | B | |
| 105. - SPDR Select Fin'l ETF, XLF | A | Dividend | J | T | Sold (part) | 06/12/17 | J | B | |
| 106. - SPDR GOLD SHARES ETF, GLD | | None | J | T | Sold (part) | 06/12/17 | J | | |
| 107. - ISHARES US Aerospace Defense, ITA | A | Dividend | | | Sold | 06/12/17 | J | B | |
| 108. - ISHARES JPMorgan US DMTS, EMB | A | Dividend | J | T | Sold (part) | 06/12/17 | J | A | |
| 109. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | J | T | Sold (part) | 06/12/17 | J | | |
| 110. - POWERSHARES Variable Rate Perf., VRP | A | Dividend | | | Sold | 06/07/17 | K | B | |
| 111. - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | K | T | Sold (part) | 06/12/17 | J | A | |
| 112. - ISHARES CORE HGH DIV ETF, HDV | A | Dividend | | | Sold (part) | 06/12/17 | K | A | |
| 113. | | | | | Sold | 07/13/17 | K | A | |
| 114. - SPDR Energy Select Sector ETF, XLE | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 115. - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 116. | | | | | Sold (part) | 12/01/17 | J | A | |
| 117. - ISHARES Core U.S. Agg. Bond ETF, AGG | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 118. - ISHARES IBOXX Invt. Grade Bond ETF, LQD | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 119. - ISHARES U.S. Pref. Stock ETF, PFF | A | Dividend | K | T | Buy | 06/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 06/12/17 | K | | |
| 121. - VANGUARD FTSE Europe ETF, VGK | A | Dividend | J | T | Buy | 03/30/17 | K | | |
| 122. | | | | | Sold (part) | 06/12/17 | J | A | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I, Line 1: I am the president and a director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation. The company's stock is entirely owned by me and [          ]. I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 42: The funds in the Idaho "IDEAL" 529 college savings account are subject to an automatic age-based adjustment. I selected the risk level only. According to the automatic age-based adjustment during 2017, the assets have been moved to different funds in that account. The names of the individual funds have been updated to reflect this age-based adjustment.

Section VII, Line 52: This line has been revised to reflect that I now hold a 1/6 interest in J.A. "Bert" Eggleson Farms, Inc., instead of the 1/7 interest listed on the 2016 Report. One of the shareholders is now deceased. In 2017, the corporation purchased the shares held by the decedent's estate and now I hold a 1/6 ownership interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544